IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RICHARD MOORE                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:21-cv-080-NBB-RP

JIMMY EDWARDS, UNION COUNTY
SHERIFF'S DEPARTMENT, BLAKE SMITH,
KEITH ROBERTS, CURT CLAYTON,
CHRIS CHILDERS, AND CHRIS CHAPPELLE                                                DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' Motion for Judgment on the Pleadings is **GRANTED**, and this case is closed.

This 8th day of March, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE